1064

THE STATE OF WASHINGTON, *Respondent,* v. ROBIN
NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81–1–00127–2, Waldo F. Stone, J., entered
February 17, 1982. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
CLAUDE DENT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03586–4, Gary M. Little, J., entered April
21, 1982. *Reversed* and *remanded* by unpublished opinion
per Corbett, J., concurred in by Durham, C.J., and Ander-
sen, J.

INNOVA CORPORATION, ET AL, *Appellants,* v. MERDES,
SCHAIBLE, STALEY & DELISIO, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 836785, James A. Noe, J., entered February 4,
1982. *Affirmed* by unpublished opinion per Corbett, A.C.J.,
concurred in by Williams and Callow, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
H. EVERETT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–8–01969–1, Stephen M. Reilly, J., entered
August 17, 1983. *Reversed* by unpublished per curiam
opinion.